# EXHIBIT A



Select Language
Powered by Google Translate

# Civil Court Case Information - Case History

## Case Information

Case Number:   CV2022-010848         Judge:      Cooper, Katherine
File Date:     8/18/2022             Location:   Downtown
Case Type:     Civil

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Brenique Williams | Plaintiff | Unknown | Troy Foster |
| Guardian Mortgage / Sunflower Bank | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 8/29/2022 | AFS - Affidavit Of Service | 9/1/2022 | |

**NOTE:** Certificate of Service by Private Process server SUNFLOWER BANK

| | | | |
|---|---|---|---|
| 8/18/2022 | COM - Complaint | 8/19/2022 | |

**NOTE:** Complaint

| | | | |
|---|---|---|---|
| 8/18/2022 | CSH - Coversheet | 8/19/2022 | |

**NOTE:** Civil Cover Sheet

| | | | |
|---|---|---|---|
| 8/18/2022 | CCN - Cert Arbitration - Not Subject | 8/19/2022 | |

**NOTE:** Certificate Of Compulsory Arbitration - Is Not Subject To

| | | | |
|---|---|---|---|
| 8/18/2022 | SUM - Summons | 8/19/2022 | |

**NOTE:** Summons

## Case Calendar

**There are no calendar events on file**

## Judgments

**There are no judgments on file**