# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brenique Williams, | No. CV-22-01621-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Guardian Mortgage/Sunflower Bank, | |
| Defendant. | |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 23), filed on June 22, 2023,

**IT IS ORDERED** approving the Stipulation (Doc. 23) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs. All pending motions (Doc. 15) shall be terminated.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 22nd day of June, 2023.

Honorable Diane J. Humetewa
United States District Judge